19-MJ-7124-JCB

## AFFIDAVIT OF SPECIAL AGENT BRIAN P. HIGGINS
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian P. Higgins, Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and have been so employed since 2009. I am responsible for the investigation of violations of and the enforcement of the federal firearms laws. I am presently assigned to the Southeastern Massachusetts Gang Task Force and specifically focus on crimes of violence perpetrated by felons and other prohibited persons who illegally possess and/or purchase firearms, criminal organizations, gangs and narcotics trafficking groups in urban areas plagued by crime.

2. Based on my training and experience, I know that it is a violation of 18 U.S.C. § 922(a)(6) for any person, in connection with the acquisition or attempted acquisition of any firearm from a licensed dealer, knowingly to make any false or fictitious oral or written statement, intended or likely to deceive such dealer with respect to any fact material to the lawfulness of the sale of such firearm. I also know that it is a violation of 18 U.S.C. § 922(a)(1)(A) for any person, except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce.

## PURPOSE OF AFFIDAVIT

3. I submit this affidavit in support of a criminal complaint charging (1) Levenson **MERILUS** with making false statements to acquire firearms from a licensed dealer in violation of Title 18, United States Code, Section 922(a)(6), and conspiracy to engage in the business of dealing in firearms without being licensed, in violation of Title 18, United States Code, Section 922(a)(1)(A) and Title 18, United States Code, Section 371, and (2) Charles A. **SLAYDEN**, Jr., a/k/a "CJ" with conspiracy to engage in the business of dealing in firearms without being licensed, in violation of Title 18, United States Code, Section 922(a)(1)(A) and Title 18, United States Code, Section 371.

4. This affidavit is based on my personal knowledge, my training and experience, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is submitted for the limited purpose of establishing probable cause that **MERILUS** and **SLAYDEN** committed the violations of federal law specified above. It therefore does not set forth all of the information that I have obtained during the course of the investigation.

## BACKGROUND OF INVESTIGATION

5. The investigation began on March 16, 2019, after I received information that **MERILUS** had purchased eight handguns between February 23, 2019 and March 9, 2019, and had attempted the purchase of two additional firearms on March 16, 2019, all from the Four Seasons Federal Firearms Licensee ("FFL") located in Woburn, MA.

6. During the investigation, I obtained all of the ATF Firearms Transaction Record Part I – Over-the-Counter (ATF Form 4473) forms concerning these purchases and attempted purchases by **MERILUS**.

7. On each of the Forms 4473 for the transactions on February 23, February 26, March 9, and March 16, 2019, **MERILUS** represented that he was the actual transferee/buyer of the firearms. Each of these forms contained a warning, "Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." **MERILUS** signed each form, certifying that each of his answers on the form were true, correct, and complete, and that he understood that making a false statement with respect to the transaction is a crime punishable as a felony under federal law. On each form, he further certified that he understood "that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law."

8. However, in a non-custodial, consensual interview with law enforcement on March 20, 2019, after initially providing false answers designed to protect himself and others regarding the circumstances surrounding his purchase and subsequent sales of the firearms, **MERILUS** in sum and substance admitted that he had conspired with his longtime friend **SLAYDEN,** who he calls "CJ," to straw purchase and re-sell seven firearms.

9. Although at first he claimed that he had only conspired with **SLAYDEN** to sell the first two firearms he had purchased, he ultimately admitted that he had also straw purchased and sold/transferred seven additional firearms with the assistance of **SLAYDEN**. He also claimed that he had purchased another firearm, which he had intended to co-own with **SLAYDEN**. **MERILUS** described having purchased eight of these firearms from the Four Seasons FFL located in Woburn, MA. My investigation indicates that **MERILUS** has purchased a total of ten guns between June 2018 and March 2019, nine of which were purchased from the Four Seasons FFL between November 2018 and March 2019. **MERILUS** was in possession of

3

only one of these firearms – one of the firearms purchased on February 26, 2019 – when I spoke to him on March 20, 2019.

10. I have reviewed surveillance video captured at the Four Seasons FFL on February 26, 2019, March 9, 2019 and March 16, 2019,[1] which confirmed that on all three dates **MERILUS** was in the company of **SLAYDEN** during the purchase of firearms and/or the attempted purchase of firearms from the Four Seasons FFL.

11. **MERILUS** told me that, with respect to the firearms that were straw purchased and then re-sold, **MERILUS** was directed what make, model, and caliber firearms to purchase. **SLAYDEN** would obtain cash, which would be the equivalent to double the price of the requested firearm – meaning that if the firearm cost $300.00 (three hundred dollars) **SLAYDEN** would obtain $600.00 (six hundred dollars). **SLAYDEN** would provide **MERILUS** the $300.00 (three hundred dollars) to purchase the firearm, and after the sale of the firearm to the buyer, **MERILUS** and **SLAYDEN** would split the remaining $300.00 (three hundred dollars). **MERILUS** told me he and **SLAYDEN** each made approximately $150.00 (one hundred fifty dollars) each per firearm sale.

12. **MERILUS** told me that a day or two after he purchased the firearms, he would transport the firearms to be sold/transferred to the sales location in his vehicle, and he would follow **SLAYDEN** who was driving his own vehicle. **MERILUS** told me the reason he transported the firearms to the meet/and or sales location in his own vehicle, separate from **SLAYDEN**, was because, in the event they were stopped with the firearms, **MERILUS** had a valid Massachusetts License to Carry Firearms ("LTC").

---

[1] Video from the November 23, 2018 and February 23, 2019 transactions was no longer available.

13.     A query of the Massachusetts Criminal History Records Bureau MA License to Carry (LTC)/Firearms Identification Card (FID) (BOPFI) records revealed that **SLAYDEN** does not possess a MA LTC and/or FID.

14.     **MERILUS** told me that once he and **SLAYDEN** would arrive in Boston, Massachusetts, he would provide **SLAYDEN** with the firearms so **SLAYDEN** could provide them to the purchaser, thereby completing the transfer/sale.

15.     **MERILUS** told me he sold/transferred all of his firearms in Boston, Massachusetts, and he believes they all went to gang members.

16.     **MERILUS** told me that after he transferred firearms to **SLAYDEN**, **SLAYDEN** would later send him text messages attaching photographs depicting that the serial numbers on the firearms he sold/transferred had been obliterated.

17.     Neither **MERILUS** nor **SLAYDEN** is a licensed importer, licensed manufacturer, or licensed dealer as defined in 18 U.S.C. § 921.

18.     **MERILUS** told me that he knew he would someday get caught because "nothing good lasts forever."

## NOVEMBER 23, 2018: MERILUS AND SLAYDEN PURCHASE ONE FIREARM AT THE FOUR SEASONS FFL

19.     On Tuesday, November 13, 2018, **MERILUS** sent **SLAYDEN** a text message with the name of the FFL in Stoughton, Massachusetts, at which **MERILUS** had purchased his first firearm in June 2018.

20.     On Thursday, November 15, 2018, **SLAYDEN** sent **MERILUS** a text message with a photograph of a handgun. **SLAYDEN** followed that message up with texts, "Can we go this Saturday bro plwae" and "It's foreal this time lets go Saturday morning and I'll take care of you too." That evening, **MERILUS** texted **SLAYDEN**, "Well again idk why I'm going cause I

5

don't have extra money for a strap right now, that's why I've been saying idk when." **SLAYDEN** responded, "Nigga I'm buying it lol." **SLAYDEN** added, "I'm saying I'll buy it ace we can somewhat swap/share because I know you want something small."

21. On November 16, **SLAYDEN** texted **MERILUS**, "I'm You I was even thinking when I buy it tomorrow you can use it gling out and everything ..it's technically yours but at my crib."

22. On November 17, **SLAYDEN** texted **MERILUS**, "Yo if anything I can drive because I seen a way better store Woburn." Later that day, **SLAYDEN** texted **MERILUS**, "Are you foreal," "I'm missing out on bread because you said you had me," "I asked you yesterday was you positive," "And you told me yea." **MERILUS** eventually responded, "I just woke up but we'll have to do that Monday cause she's gonna be here all weekend." The two discussed when they could next go, and **SLAYDEN** texted **MERILUS**, "Let's aim for Black Friday."

23. In 2018, "Black Friday," or the day after Thanksgiving, occurred on Friday, November 23.

24. On November 22 at 11:02 p.m.,[2] **MERILUS** texted **SLAYDEN**, "What store?" At 11:07pm, **SLAYDEN** texted **MERILUS**, "Gas station bro."

25. Based on my training and experience, and my familiarity with the language that gun traffickers use, I understand these conversations to mean the following: **SLAYDEN** wanted to go to a gun store to purchase a firearm for **SLAYDEN** and **MERILUS** to share ownership of, but store at **SLAYDEN**'s home. **SLAYDEN** originally wanted to make this purchase on Saturday, November 17, but **MERILUS** was unavailable that day, so they ultimately agreed to make the purchase on Friday, November 23, 2018.

---

[2] All times are listed in local (Eastern) time.

26.     The Form 4473 and receipt from Four Seasons FFL revealed that on November 23, 2018, at approximately 1:32 p.m., **MERILUS** purchased the below listed firearm at the Four Seasons FFL:

- Smith & Wesson, Model M&P Shield, .9mm Pistol, Serial Number HYJ1614

27.     On the Form 4473 for the November 23 transaction, **MERILUS** represented that he was the actual transferee/buyer of the firearms.

28.     **MERILUS** told me that a few days after making this purchase, he transported the firearm to **SLAYDEN**'s apartment in Boston. He stated that he and **SLAYDEN** split the cost of the firearm and shared ownership. He said that in January or February 2019, **SLAYDEN** informed him that **SLAYDEN** had sold the firearm without **MERILUS**'s approval; **MERILUS** claimed he was not compensated for this sale.

### FEBRUARY 23, 2019: MERILUS AND SLAYDEN PURCHASE TWO FIREARMS AT THE FOUR SEASONS FFL

29.     On Tuesday, February 19, 2019, **SLAYDEN** and **MERILUS** had the following text message exchange:

>    SLAYDEN:    Let's just moves and get to this bread
>                I got use a few bucks
>
>    MERILUS:    Well you set things up?
>
>    SLAYDEN:    Yea
>
>    MERILUS:    Well it'll have to wait until later this week, I gotta get my tax shit set up today
>
>    SLAYDEN:    Lol naw duck them I told them they. Have to be ready when we ready

30.     On Thursday, February 21, **SLAYDEN** and **MERILUS** had the following text message exchange:

7

SLAYDEN: OK so we good for sat ?

MERILUS: Yeah
I'll call u in a few

\*\*\*

SLAYDEN: Iight you tryna make that ride tomorrow then shit ?

MERILUS: Possibly

\*\*\*

SLAYDEN: Fam if I get the bread tonight we have to go tomorrow

MERILUS: So just get it Friday & we'll go Saturday
But we gotta make it happen cause my birthday soon

\*\*\*

SLAYDEN: So bro are you 100 percent sure Saturday

MERILUS: Yes

31. On Friday, February 22, **SLAYDEN** and **MERILUS** had the following text exchange:

SLAYDEN: I collected so far we up about 250 or higher

MERILUS: Alright f

SLAYDEN: Like 250 profit but we projected to make 756 according to my math
Don't make me look like clown with their bread

32. Based on my training and experience, and my familiarity with the language that gun traffickers use, I understand these conversations to mean that **SLAYDEN** wanted to go to the gun store to purchase firearms to re-sell, and he agreed to set up the re-sale deals with prospective purchasers. **SLAYDEN** told the prospective purchasers to have money ready when **SLAYDEN** and **MERILUS** were ready to make the purchase. **SLAYDEN** warned **MERILUS**

8

that once he picked up the money from the prospective purchasers, he and **MERILUS** would have to make the gun purchase the next day. On February 22, **SLAYDEN** told **MERILUS** that he had collected the money from the prospective purchasers, and expected that **SLAYDEN** and **MERILUS** would make $250 profit on each gun. **SLAYDEN** warned **MERILUS** not to make **SLAYDEN** look like a clown by failing to complete the purchases now that **SLAYDEN** had the prospective purchasers' money.

33. The Form 4473 and receipt from Four Seasons FFL revealed that, on February 23, 2019, at approximately 12:48 p.m., **MERILUS** purchased the below listed firearms at the Four Seasons FFL:

- Smith & Wesson, Model M&P Shield, .9mm Pistol, Serial Number HUN3917
- Smith & Wesson, Model M&P Shield, .40 Caliber Pistol, Serial Number HVA4371

34. On the Form 4473 for the February 23 transactions, **MERILUS** represented that he was the actual transferee/buyer of the firearms.

### FEBRUARY 26, 2019: MERILUS AND SLAYDEN PURCHASE FOUR FIREARMS AT FOUR SEASONS FFL

35. Between Sunday, February 24, and Tuesday, February 26, 2019, **SLAYDEN** and **MERILUS** planned their next firearm purchases through text messages.

36. On Sunday, February 24, 2019, **MERILUS** and **SLAYDEN** had the following text message exchange:

> MERILUS: Lance gave me the thing plus the $10, get the next round of people lined up so we could make moves this week, the sooner the better
>
> SLAYDEN: Tuesday ?
> [Slayden then sent a photograph of a Ruger 40 caliber pistol]
>
> MERILUS: Dude don't send pics

Later that day, **MERILUS** texted **SLAYDEN**, "I'm getting a little something for myself when we take that trip."

37.     The night of Monday, February 25, **MERILUS** and **SLAYDEN** had the following text exchange:

> MERILUS: How many things are we buying this tome?
>
> SLAYDEN: What's your limit
> That's all on you but it's like 200 per item
>
> MERILUS: There's no limit from what I'm aware of but I'm trying to find out how many we getting
>
> SLAYDEN: But if a nigga give us a stack and we only spend 450 . . . we make out
> I mean atlesst two let me make a call
> I get it you tryna do it for a high number
>
> MERILUS: Alright I'll call u when I can, but I'm not trying to run any favors for anyone
>
> SLAYDEN: I know we go atseladt 2 items to purchase
> Fuck no like I said 2 per join
>
> \*\*\*
>
> SLAYDEN: But I'm saying 1 stack get you 2 but realistly it can them 3 but you or I can keep the third
>
> So if it's a situation where there's like 500 left
>
> We can buy something to stock up on ..one person hold dat while the other take the dough or what ever but I see some stew if we move fast
>
> lol what if I told you we just need to buy 4 for with 2200
>
> And we try to spend no more then 350 per joint
>
> \*\*\*
>
> But if we can get shit for 250 a pop we split 1100

| | | |
|---|---|---|
| MERILUS: | | That's sounds great, what is people looking for? |
| SLAYDEN: | | Lol that's not counting two other people are you trying to go tonight |
| MERILUS: | | We gotta profit as much as possible in this short window, can't be running deals.  However if we could do $350 max |
| SLAYDEN: | | Iight |

The morning of February 26, **SLAYDEN** texted **MERILUS**, "I'll be there by 10."

38. Based on my training and experience, and my familiarity with the language that gun traffickers use, I understand these conversations to mean that **MERILUS** asked **SLAYDEN** to line up the next set of prospective purchasers for firearms as soon as possible. **MERILUS** intended to buy a firearm for himself as well as the prospective purchasers. **MERILUS** asked how many firearms they were supposed to purchase during their next trip to the gun store, and **SLAYDEN** asked what **MERILUS**'s limit was but reminded him they would profit about $200 per firearm they purchased and re-sold.  **SLAYDEN** told **MERILUS** that if a prospective purchaser gave them $1,000 to buy two guns, and they could buy those two guns for $450, they could buy a third gun with the remainder and still have money leftover. **SLAYDEN** later indicated that if he collected $2,200 from prospective purchasers to purchase four guns, and could purchase those guns for $250 each, **SLAYDEN** and **MERILUS** would make $1,100 in profits to split.  **SLAYDEN** said that figure did not include two additional prospective customers.  **MERILUS** stated that they needed to profit as much as possible in a short window of time, and that he wanted to pay no more than $350 per gun.

39. Investigation revealed that, on Tuesday, February 26, 2019, at approximately 1:36pm, **MERILUS** while in the company of **SLAYDEN** did purchase the below listed firearms at the Four Seasons FFL:

- Ruger, Model LC9, .9mm Pistol, Serial Number 323-63162

11

- Ruger, Model SR40C, .40 Caliber Pistol, Serial Number 345-40167
- Smith & Wesson, Model M&P Shield, .9mm Pistol, Serial Number HXP4293
- Smith & Wesson, Model BG380, .380 Caliber Pistol, Serial Number KFE0279

40. A review of the February 26, 2019, surveillance video captured from this purchase revealed that **SLAYDEN** and **MERILUS** were both present at the time of purchase.

41. **MERILUS** told me **SLAYDEN** had suggested that **MERILUS** purchase four firearms on February 26, 2019, because the aforementioned is his birthday and the purchase would not look suspicious.

42. On the Form 4473 for the February 26 transactions, **MERILUS** represented that he was the actual transferee/buyer of the firearms.

### MARCH 9, 2019: MERILUS AND SLAYDEN PURCHASE TWO FIREARMS AT FOUR SEASONS FFL

43. On March 6, 2019, an internet search was conducted on **MERILUS**'s cell phone, using the keywords "scratch serial number off gun." On March 9, 2019, a similar internet search was conducted on **SLAYDEN**'s cell phone. I know from my training and experience that individuals who traffic illegal firearms often attempt to obliterate the serial numbers from the firearms to prevent the firearm from being traced back to them.

44. The night of March 8, 2019, **SLAYDEN** and **MERILUS** had the following text message exchange:

> SLAYDEN:  Yo this nigga got 1100
> The him no
> We can get 2 for like 600
>
> \*\*\*
>
> So take the deal
> Do you need cash tonight ?

12

        MERILUS:    I don't need the cash but we could make it happen

45. Based on my training and experience, and my familiarity with the language that gun traffickers use, I understand these conversations to mean that **SLAYDEN** had collected $1,100 to purchase guns with, and expected that he and **MERILUS** could purchase two guns for a total of $600. **SLAYDEN** asked **MERILUS** if he needed to make some money; **MERILUS** responded that he did not need the money, but could help **SLAYDEN** purchase the guns.

46. Investigation revealed that, on March 9, 2019, at approximately 1:08pm, **MERILUS** while in the company of **SLAYDEN** did purchase the below listed firearms at the Four Seasons FFL:

- Smith & Wesson, Model M&P Shield, .9mm Pistol, Serial Number HXB7943
- Smith & Wesson, Model M&P Shield, .9mm Pistol, Serial Number HXB7945

47. A review of the March 9, 2019, surveillance video captured from this purchase revealed that **SLAYDEN** and **MERILUS** were both present at the time of purchase.

48. On the Form 4473 for the March 9 transactions, **MERILUS** represented that he was the actual transferee/buyer of the firearms.

49. On March 10, 2019, **SLAYDEN** sent **MERILUS** a text message that said "Best ones yet," and the text included two photographs of what appeared to me, based upon my training, education and experience, to be firearms serial numbers which had been obliterated.

### MARCH 16, 2019: MERILUS AND SLAYDEN ATTEMPT TO PURCHASE TWO FIREARMS AT FOUR SEASONS FFL

50. On March 15, 2019, **SLAYDEN** sent **MERILUS** the following text messages:

    SLAYDEN:    I'm about to collect
                      For tomorrow and I'm broke so
                      You need a little sum ?
                      I got 100 for you if you need it right now

51. On March 16, **MERILUS** and **SLAYDEN** had the following text exchange:

13

    MERILUS:    Come around 1 I got to some something

    SLAYDEN:    Huh
    Iight please don't bs I had to handle sum last night but I got you money and there spending money
    You know the early the better
    Car problems but I'll be there

52.    Based on my training and experience, and my familiarity with the language that gun traffickers use, I understand these conversations to mean that on the night of March 15, **SLAYDEN** planned to collect money from prospective gun purchasers, to fund the purchase of guns the next day. On March 16, **MERILUS** told **SLAYDEN** to meet him at 1pm, and **SLAYDEN** confirmed that he had the money to cover the gun purchases and would meet **MERILUS** to purchase the guns.

53.    On March 16, 2019, **MERILUS,** while in the company of **SLAYDEN,** did attempt to purchase the below listed firearms at the Four Seasons FFL:

- Smith & Wesson, Model M&P 9C, .9mm Pistol, Serial Number HTB6258
- Ruger, Model LC9, .9mm Pistol, Serial Number 322-00999

54.    Specifically, on that date, **MERILUS** paid the Four Seasons FFL for the two firearms specified above, but the completion of the transaction and the transfer of the firearms was "Delayed."

55.    When I spoke to **MERILUS** about this transaction, **MERILUS** told me in sum and substance he planned to purchase firearms on March 16 at the request of a buyer from Boston, Massachusetts, who is not known to him but was known to **SLAYDEN**, and that **SLAYDEN** provided him the money prior to going into the gun store.

56.    A review of the March 16, 2019, surveillance video captured from this attempted purchase revealed that **SLAYDEN** and **MERILUS** were both present at the time of the attempted purchase. **SLAYDEN** obtained a customer number and provided it to **MERILUS.** In

the video, **MERILUS** and **SLAYDEN** appear to both be pointing to firearms within the display case. The sales clerk next places three firearms on the sales counter as **MERILUS** and **SLAYDEN** look on. **SLAYDEN** then removes money from his left sweat pant pocket while looking at **MERILUS**, puts the money back in his pocket, and then appears to remove it again while it appears he is speaking to **MERILUS**. **MERILUS** next walks directly towards the store exit and **SLAYDEN** follows behind. **MERILUS** and **SLAYDEN** both exit the store and take a left into the hallway, before taking a right, and are both are briefly out of view of the surveillance camera. **SLAYDEN** and **MERILUS** moments later appear back on surveillance camera. **SLAYDEN** walks back into the store with **MERILUS** following behind him. **MERILUS** and **SLAYDEN** both go back to the same sales counter where they had previously been dealing with the sales clerk.

57. Based on my training and experience, I believe these actions were consistent with **SLAYDEN**'s surreptitiously giving **MERILUS** the money to pay for the firearms they had selected for purchase.

58. In a non-custodial consensual interview on April 2, 2019, **MERILUS** admitted that on March 30, 2019, he traveled to the Four Seasons FFL for the purpose of obtaining a refund for the two firearms that he had purchased on March 16, but that had not been transferred to him due to the transaction's being "Delayed." He obtained and cashed the refund check, and then attempted to utilize the "Cash App" mobile phone application to send money to **SLAYDEN** to refund a portion of the money they had been provided to purchase the firearms. When the payment would not go through, **SLAYDEN** directed him, via text message, to send the money to a different account, and **MERILUS** did so. **MERILUS** showed me the text messages between himself and **SLAYDEN**, reflecting these communications.

59. I also reviewed paperwork from the Four Seasons FFL confirming that on March 30, 2019, **MERILUS** cancelled the March 16 transaction, and received a refund in the form of a Salem Five bank check (#25652) in the amount of $563.02 relative to this attempted purchase.

### MARCH 20, 2019: IN A MONITORED CALL, SLAYDEN PROPOSES ANOTHER GUN PURCHASE TO MERILUS

60. At my request, on March 20, 2019, **MERILUS** placed a consensually monitored and audio-recorded telephone to **SLAYDEN**. **SLAYDEN** did not immediately answer, but called **MERILUS** back shortly thereafter. In that consensually monitored, audio-recorded call, **SLAYDEN** told **MERILUS** to let him know if he wanted to buy at least one more for them. He indicated this would be for them, not to sell. Based on my training and experience, I understand that in this conversation **SLAYDEN** was proposing that **MERILUS** purchase another gun, for **SLAYDEN** and **MERILUS** to share ownership of, rather than to sell to someone else.

### APRIL 12, 2019: EXECUTION OF SEARCH WARRANT AT SLAYDEN'S HOME; STATE ARREST OF SLAYDEN; ADMISSIONS DURING INTERVIEW

61. On April 9, 2019, I applied for and obtained a federal search warrant (19-MJ-7032-JCB) for the search of **SLAYDEN**'s residence, at 34 Creston Street, Apartment #1, Boston, MA (the "Target Location").

62. On April 12, 2019, at 6:00 a.m., a team of law enforcement officers including myself executed the search warrant. **SLAYDEN**, who was located on the second floor of the residence, was placed under arrest for violations of Massachusetts firearms laws, and I read him his Miranda rights from a pre-printed card.

63. During the search of the Target Location, **SLAYDEN**'s father Charles Slayden Sr. arrived, and told officers that **SLAYDEN** lives in the first floor rear bedroom of Apartment 1.

64. In the first floor rear bedroom of Apartment 1, officers located: a black North Face jacket that appears similar to a jacket **SLAYDEN** wore during at least one of the firearms transactions at the Four Seasons FFL, a red gun lock cable, and medical bills in the name of Charles Slayden. Officers did not locate any firearms in the Target Location.

65. After his arrest, **SLAYDEN** executed a written waiver of his Miranda rights and consented to a recorded interview.

66. During the interview, **SLAYDEN** admitted that he had been surprised to learn how inexpensive firearms were at the gun store, and had told **MERILUS** how much more **MERILUS** could get for them on the street. **SLAYDEN** admitted that he had gone with **MERILUS** to purchase firearms on four occasions; that he had provided money to **MERILUS**, although he denied financing all of the firearm purchases; and that he and **MERILUS** had attempted to obliterate serial numbers from at least one firearm at **MERILUS**'s house, although he claimed that they were unsuccessful. **SLAYDEN** denied physically putting guns on the street.

## CONCLUSION

67. Based on the foregoing, I submit there is probable cause to believe that **MERILUS** has committed violations of federal firearms laws, including specifically making false statements to acquire firearms from a licensed dealer in violation of 18 U.S.C. § 922(a)(6), and conspiracy to engage in the business of dealing in firearms without being licensed, in violation of 18 U.S.C. § 922(a)(1)(A) and 18 U.S.C. § 371.

68. Based on the foregoing, I also submit that there is probable cause to believe that **SLAYDEN** has committed violations of federal firearms laws, including specifically conspiracy to engage in the business of dealing in firearms without being licensed, in violation of 18 U.S.C. § 922(a)(1)(A) and 18 U.S.C. § 371.

Sworn to under the pains and penalties of perjury.

_____
BRIAN P. HIGGINS
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to me on May 7, 2019.

_____
JENNIFER C. BOAL
United States Magistrate Judge